UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADVANCE STEEL, CO.,

               Plaintiff,            Case No.  06-15474

   v.                       District Judge Marianne O.  Battani

                               Magistrate Judge R. Steven

WhalenTRIORIENT TRADING, INC.,

               Defendant.

_____/

## ORDER DISMISSING MOTION

      Upon receiving a written request by Defendant withdrawing the Motion to Compel  (filed 6/07/07) [docket # 16] and the same having been filed  with the Court on August 2, 2007, and the Court being fully advised in the premises;

      IT IS HEREBY ORDERED that Defendant's Motion to Compel [#16] is hereby dismissed without prejudice.


                    s/R. Steven Whalen_____
                    R. STEVEN WHALEN
                    UNITED STATES MAGISTRATE  JUDGE

Dated:  August 3, 2007

CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 3, 2007.


                    s/Gina Wilson_____
                    Judicial Assistant