UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADVANCE STEEL CO.,                          Case No.: 2:06-cv-15474

    Plaintiff,                              Hon. Marianne O. Battani
                                            Magistrate Judge: Hon. R. Steven Whalen
v

TRIORIENT TRADING, INC.,

    Defendant.
_____/
JASON S. HEGEDUS, PLC
By: Jason S. Hegedus (P57026)
Attorney for Plaintiff
1668 Telegraph Road, Ste. 140
Bloomfield Hills, MI 48302
(248) 283-0642

KIENBAUM OPPERWALL HARDY
 & PELTON, P.L.C.
By:   Robert Q. Romanelli (P60294)
      William B. Forrest, III (P60311)
Attorneys for Defendant
280 N. Old Woodward Ave., Ste 400
Birmingham, MI 48009
(248) 645-0000
_____/

**STIPULATED ORDER OF DISMISSAL WITH
PREJUDICE AND WITHOUT COSTS OR ATTORNEYS' FEES**

AT A SESSION OF SAID COURT held at the Courthouse in
the City of Detroit, Wayne County, Michigan on
<u>August 30, 2007</u>
_____

PRESENT: THE HONORABLE__MARIANNE O. BATTANI     _
                         U.S. DISTRICT COURT JUDGE

This matter having come before the Court upon the Stipulation of the parties, and the Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that the above matter is dismissed in its entirety, with prejudice and without costs or attorneys' fees to any party.

                                              s/Marianne O. Battani
                                              Hon. Marianne O. Battani

## STIPULATION

Approved as to Form and Content:

| JASON S. HEGEDUS, PLC | KIENBAUM OPPERWALL HARDY & PELTON, P.L.C. |
|---|---|
| BY: s/Jason S. Hegedus (w/Consent)<br>    Jason S. Hegedus (P57026)<br>Attorney for Plaintiff<br>1668 Telegraph Road, Ste. 140<br>Bloomfield Hills, MI 48302<br>(248) 283-0642 | BY: s/Robert Q. Romanelli<br>    Robert Q. Romanelli (P60294)<br>    William B. Forrest, III (P60311)<br>Attorneys for Defendant<br>280 N. Old Woodward Ave., Ste 400<br>Birmingham, MI 48009<br>(248) 645-0000 |